# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| STEVEN DUANE KIDERLEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLINE "CARRIE" A. ) <br> COSTANTIN, ) <br> ) <br> Defendant. ) | No. 4:13CV1608 CEJ |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After reviewing the complaint, the Court finds no allegations that would show that plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and will dismiss this action without prejudice to refiling as a fully paid complaint.

---

[1] See Kiderlen v. United States, 1:08CV114 LMB (E.D. Mo.); Kiderlen v. Blunt, 4:06CV424 CAS (E.D. Mo.); Kiderlen v. Missouri, 4:08CV1067 TIA (E.D. Mo.).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **denied**.

**IT IS FURTHER ORDERED** that this action is **dismissed** without prejudice.

**IT IS FURTHER ORDERED** that all pending motions are **denied** as moot.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 19th day of August, 2013.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE