# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN DUANE KIDERLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV1608 CEJ |
| | ) | |
| CAROLINE "CARRIE" A. COSTANTIN, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for reconsideration. The Court previously dismissed this case, without prejudice to refiling as a fully-paid case, under 28 U.S.C. § 1915(g) because plaintiff has three strikes under the statute. See Kiderlen v. United States, 1:08CV114 LMB (E.D. Mo.); Kiderlen v. Blunt, 4:06CV424 CAS (E.D. Mo.); Kiderlen v. Missouri, 4:08CV1067 TIA (E.D. Mo.). Plaintiff argues that these cases should not count as strikes because they were filed under the name "Steven Duane Kiderlen," and he claims that is not his name. He claims that his name is only "Steven Kiderlen." Plaintiff's assertion is verifiably untrue. Both Steven Kiderlen and Steven Duane Kiderlen are registered with the Bureau of Prisons under inmate number 32711-044. Plaintiff cannot escape the

penalty of filing frivolous actions by altering his name or by pretending to be another person.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [ECF No. 8] is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to proceed in forma pauperis [ECF No. 9] is **DENIED**.

Dated this 4th day of September, 2013.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE